UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TERRY LEE MOCK,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br><br>UNITED STATES OF AMERCA,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>TERRY LEE MOCK and ROBERT WITTENBERG, as the treasurer of Oakland county, Michigan,<br><br>    Counterclaim Defendants. | Case No. 23-10525<br><br>Honorable Robert J. White |

**ORDER GRANTING MOTION TO STAY DISCOVERY AND ADJOURN SCHEDULING ORDER DATES AND GRANTING JOINT MOTION REGARDING AMENDED BRIEFING**

Before the Court are motions (1) from the United States to stay discovery and adjourn the scheduling order dates, and (2) from the United States and Terry Lee Mock regarding amended briefing for the United States' motion for partial summary

judgment. The Court agrees that a stay is appropriate while the partial summary judgment motion is pending, and that the contemplated amended briefing arrangement will best assist the Court to resolve that motion. Accordingly,

IT IS HEREBY ORDERED that the United States' unopposed motion to stay (ECF No. 23) is GRANTED, general discovery is STAYED, and the scheduling order dates are ADJOURNED until further notice.

IT IS FURTHER ORDERED that the joint motion regarding amended briefing (ECF No. 29) is GRANTED. The Court will only review the United States' partial summary judgment motion (ECF No. 22), Mock's amended response to that motion (ECF No. 28), and the United States' forthcoming amended reply in support of that motion, which must be filed by **September 6, 2024** and may be up to 11 pages in length.

SO ORDERED.

Dated: August 30, 2024

s/Robert J. White  
Robert J. White  
United States District Judge